## AFFIDAVIT OF MOST REVEREND MARK S. RIVITUSO

**COMES NOW** Affiant, Most Reverend Mark S. Rivituso, and states under oath as follows:

1. I currently hold the title of Auxiliary Bishop of the Archdiocese of St. Louis. I am over 21 years of age and am fully competent to make this sworn statement.

2. I have personal knowledge of the facts presented herein, and I am competent to testify on the matters stated herein.

3. There is no organization affiliated with the Archdiocese of St. Louis currently known as or formerly known as Catholic Services for Children.

4. His Eminence Raymond Burke did not serve within the Archdiocese of St. Louis until 2004. He does not work or reside at 20 Archbishop May Drive, nor did he work or reside at that address on July 24, 2020.

5. His Excellency Robert J. Carlson did not serve within the Archdiocese of St. Louis until 2009.

6. There is no one by the name of Sister Mary Francis who works or resides at 20 Archbishop May Drive, nor did anyone by that name work or reside at that address on July 24, 2020.

7. Father Anderson does not work or reside at 20 Archbishop May Drive, nor did he work or reside at that address on July 24, 2020.

8. St. Joseph's Home for Boys has been closed since 2001, and upon information and belief, never received any federal funding during the relevant time period.

9. The Archdiocese of St. Louis has not received any federal funding.

1

10. The Archdiocese, Cardinal Burke, Archbishop Carlson, Sandra Price, and Father Anderson were never contracted or employed by the State of Missouri Department of Family Services.

11. Copies of the summons and complaint in Case No. 4:20-CV-331-PLC were received at 20 Archbishop May Drive on July 24, 2020. These copies were addressed to the Archdiocese, Cardinal Burke, Archbishop Carlson, Sandra Price, Sister Mary Francis, and Father Anderson.

12. No one at 20 Archbishop May Drive had authority to accept service for Cardinal Burke, Sister Mary Francis, or Father Anderson.

**FURTHER AFFIANT SAYETH NOT.**

*[Remainder of page intentionally left blank]*

_____
Most Reverend Mark S. Rivituso

**STATE OF MISSOURI** )
)
**COUNTY OF ST. LOUIS** )

On this 14TH day of August, 2020, before me personally appeared Most Reverend Mark S. Rivituso, to me known to be the person described in and who executed the foregoing and acknowledged that he executed the same as his free act and deed.

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed by official seal in the County of St. Louis, the day and year first above written.

_____
Notary Public

JAN HABERBERGER
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 12468670
Franklin County
My Commission Expires: Dec. 3, 2020

3