UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE J.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:20-CV-331-PLC |
| v. ) | |
| ) | |
| ROMAN CATHOLIC ARCHDIOCESE ) | |
| OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT ARCHDIOCESE OF ST. LOUIS'S MOTION REGARDING SCHEDULING ORDER AND FOR RULE 35 MENTAL EXAMINATION

COMES NOW Defendant the Archdiocese of St. Louis ("Defendant"), by and through its attorneys, and for its Motion Regarding Scheduling Order and for Mental Examination pursuant to Federal Rule of Civil Procedure (hereinafter, "Rule") 35, states as follows:

1. On January 6, 2022, the Court ordered the Parties in this case to file a motion regarding scheduling in this matter. (Doc. 134.)

2. The Parties have conferred and agreed to a proposed deadline of March 1, 2022, for the completion of Plaintiff's deposition and a proposed deadline of February 7, 2022, for the completion of Defendants' expert Dr. Alexander Rose's mental examination of Plaintiff under Rule 35.

3. At this time, the Parties do not believe any other changes to the dates in this Court's December 13, 2021 Scheduling Order (Doc. 124), including the jury trial date, are necessary.

4. The Parties therefore request that this Court order that Plaintiff's deposition be completed by March 1, 2022, and that the completion of the Rule 35 mental examination of Plaintiff be completed by February 7, 2022.

1

5.     In addition, Defendant requests that Plaintiff appear for an examination pursuant to Rule 35 to be performed by Dr. Alexander Rose, MD, MPHS, on January 30, 2022, beginning at 1:00 p.m. (CT) at F.C.I. Greenville, Illinois, where Plaintiff is located.  Defendant hereby incorporates its prior Motions for Rule 35 Mental Examination (Docs. 116, 128) regarding the scope of and reason for the examination.

WHEREFORE, Defendants the Archdiocese of St. Louis respectfully requests that this Court grant its Motion Regarding Scheduling Order and set the above deadlines, grant its above request for Rule 35 mental examination of Plaintiff, and for any other relief this Court deems just and proper under the circumstances.

HEPLERBROOM LLC

By:    /s/Alexandra S. Haar
ALEXANDRA S. HAAR              #63846MO
ash@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

*Attorney for Defendant Archdiocese of St. Louis*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 14, 2022, the foregoing was filed electronically with the Clerk of Court, to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

/s/ Alexandra S. Haar